<table>
<tr><td colspan="2"><strong>Fill in this information to identify your case:</strong></td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:<br><br>DISTRICT OF COLORADO</td></tr>
<tr><td>Case number <em>(if known)</em></td><td>Chapter <u>7</u></td></tr>
</table>

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
<span style="float:right">06/22</span>

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Worldwide Moving Systems LLC** | |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **26-3075123** | |
| 4. | **Debtor's address** | **Principal place of business**<br><br>**501 South Francis Street**<br>**Longmont, CO 80501**<br>Number, Street, City, State & ZIP Code<br><br>**Boulder**<br>County | **Mailing address, if different from principal place of business**<br><br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

| Debtor | **Worldwide Moving Systems LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |

Debtor   **Worldwide Moving Systems LLC**                          Case number (*if known*) _____
Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____          Relationship _____
District _____  When _____  Case number, if known _____

**11.** **Why is the case filed in *this district*?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

█  **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor **Worldwide Moving Systems LLC**     Case number (*if known*) _____
Name

☐ $50,001 - $100,000    ☐ $10,000,001 - $50  million   ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000    ☐ $50,000,001 - $100 million   ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million    ☐ $100,000,001 - $500 million   ☐ More than $50 billion

Debtor   **Worldwide Moving Systems LLC**                                          Case number (*if known*) _____
_____
Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 15, 2023**
                        MM / DD / YYYY

**X** /s/ Gary M. Buchholtz                                    **Gary M. Buchholtz**
_____              _____
Signature of authorized representative of debtor              Printed name

Title   **Managing Member**
            _____

**18. Signature of attorney**

**X** /s/ Payton L. Buhler                                    Date   **September 15, 2023**
_____                          _____
Signature of attorney for debtor                                           MM / DD / YYYY

**Payton L. Buhler**
_____
Printed name

**Bell, Gould, Linder & Scott P.C.**
_____
Firm name

**318 East Oak Street**
**Fort Collins, CO 80524**
_____
Number, Street, City, State & ZIP Code

Contact phone   **970-493-8999**          Email address   **pbuhler@bell-law.com**
                        _____                              _____

**56399 CO**
_____
Bar number and State

**Fill in this information to identify the case:**

Debtor name  **Worldwide Moving Systems LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)  _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _**September 15, 2023**_     X **/s/ Gary M. Buchholtz**
_____
Signature of individual signing on behalf of debtor

**Gary M. Buchholtz**
Printed name

**Managing Member**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Worldwide Moving Systems LLC**

United States Bankruptcy Court for the:    DISTRICT OF COLORADO

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | **Summary of Assets** |

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..............................................................................................    $      **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................................    $      **1,180,500.00**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..............................................................................................    $      **1,180,500.00**

| Part 2: | **Summary of Liabilities** |

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $      **0.00**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................................    $      **5,563.59**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................    +$      **2,720,621.72**

4.  **Total liabilities** ..................................................................................................................
Lines 2 + 3a + 3b        $      **2,726,185.31**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name      **Worldwide Moving Systems LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**          **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | ANB Bank 808 W. Eisenhower Boulevard, Loveland, Colorado 80537 | Checking | 9525 | $0.00 |
| 3.2. | ANB Bank 808 W. Eisenhower Boulevard, Loveland, Colorado 80537 | Comdata | 0387 | $0.00 |
| 3.3. | ANB Bank 808 W. Eisenhower Boulevard, Loveland, Colorado 80537 | Savings | 2794 | $0.00 |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**

| | $0.00 |
|---|---|

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**          **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:**          **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

Debtor **Worldwide Moving Systems LLC**                     Case number *(If known)* _____
          Name

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2019 Momentum; MFG by Grand Design estimated value based on comparable sales $95,000, reduced to account for salvage title** <br>**\*\*Titled to Gary Buchholtz, however, they are property of debtor. Member is willing to purchase.** | **Unknown** | **Comparable sale** | **$48,000.00** |
| 47.2. **2020 GMC Sierra estimated value based on comparable sales $65,000, reduced to account for salvage title**<br>**\*\*Titled to Gary Buchholtz, however, they are property of debtor. Member is willing to purchase.** | **Unknown** | **Comparable sale** | **$40,000.00** |

Official Form 206A/B                     Schedule A/B Assets - Real and Personal Property                     page 2

Debtor   **Worldwide Moving Systems LLC**                                Case number *(if known)* _____
_____
Name

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
      floating homes, personal watercraft, and fishing vessels

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm
      machinery and equipment)**

51.   **Total of Part 8.**                                                      | $88,000.00 |
      Add lines 47 through 50.  Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
      ■ No
      ☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 9:   Real property**

54. **Does the debtor own or lease any real property?**

      ■ No.  Go to Part 10.
      ☐ Yes Fill in the information below.

**Part 10:   Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

      ■ No.  Go to Part 11.
      ☐ Yes Fill in the information below.

**Part 11:   All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
      Include all interests in executory contracts and unexpired leases not previously reported on this form.

      ☐ No.  Go to Part 12.
      ■ Yes Fill in the information below.

|  |  |  | Current value of debtor's interest |
|---|---|---|---|
| 71. | **Notes receivable** Description (include name of obligor) **Promissory note from sale of assets to Seevers Transfer & Storage LLC on February 10, 2023: STS Relocation LLC, Scot Seevers Managing Member 501 South Francis Street Unit B Longmont, CO 80501** | **1,092,500.00** - Total face amount      **0.00** doubtful or uncollectible amount = | **$1,092,500.00** |
|  | **Vault payments- storage fees for abandoned vaults- not collectible** | **25,000.00** - Total face amount      **25,000.00** doubtful or uncollectible amount = | **Unknown** |

72.   **Tax refunds and unused net operating losses (NOLs)**
      Description (for example, federal, state, local)

Debtor   **Worldwide Moving Systems LLC**                     Case number *(If known)* _____
         Name

73.   **Interests in insurance policies or annuities**

74.   **Causes of action against third parties (whether or not a lawsuit
      has been filed)**

75.   **Other contingent and unliquidated claims or causes of action of
      every nature, including counterclaims of the debtor and rights to
      set off claims**

76.   **Trusts, equitable or future interests in property**

77.   **Other property of any kind not already listed** *Examples:* Season tickets,
      country club membership

78.   **Total of Part 11.**                                             | **$1,092,500.00** |

      Add lines 71 through 77. Copy the total to line 90.

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

Debtor   **Worldwide Moving Systems LLC**                                 Case number *(If known)* _____
<br>_____ Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $88,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1,092,500.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,180,500.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,180,500.00 |

**Fill in this information to identify the case:**

Debtor name __**Worldwide Moving Systems LLC**__

United States Bankruptcy Court for the: __DISTRICT OF COLORADO__

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name    **Worldwide Moving Systems LLC**

United States Bankruptcy Court for the:    DISTRICT OF COLORADO

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                        12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | **$4,717.13** | **$4,717.13** |

| 2.1 | | |
|---|---|---|
| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | |
| **Internal Revenue Service** | *Check all that apply.* | |
| **PO Box 7346** | ☐ Contingent | |
| **Philadelphia, PA 19101** | ☐ Unliquidated | |
| | ☐ Disputed | |
| Date or dates debt was incurred | Basis for the claim: | |
| | **941 Taxes** | |
| Last 4 digits of account number **5123** | Is the claim subject to offset? | |
| Specify Code subsection of PRIORITY | ☒ No | |
| unsecured claim: 11 U.S.C. § 507(a) (8) | ☐ Yes | |

| 2.2 | | Total claim | Priority amount |
|---|---|---|---|
| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$846.46** | **$846.46** |
| **State of Colorado CUC** | *Check all that apply.* | | |
| **PO Box 956** | ☐ Contingent | | |
| **Denver, CO 80201** | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| | **Taxes** | | |
| Last 4 digits of account number **5123** | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY | ☒ No | | |
| unsecured claim: 11 U.S.C. § 507(a) (8) | ☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

Amount of claim

Debtor **Worldwide Moving Systems LLC**                          Case number (if known) _____

Name

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,010.94 |
|---|---|---|---|

**1st Bank**
**1352 W. Eisenhower Blvd.**
**Loveland, CO 80537**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

Basis for the claim:  **Banking**

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Bill Sullivan**
**2600 Harte Dr.**
**Brighton, MI 48114**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  11/29/22**

Basis for the claim:  **Deductible for claim**

**Last 4 digits of account number  4821**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $263,346.59 |
|---|---|---|---|

**Buchholtz TLC Comercial**
**501 S. Francis St.**
**Longmont, CO 80501**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

Basis for the claim:  **Rent**

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $983.66 |
|---|---|---|---|

**Chris Neikirk**
**6045 Powder Point Dr.**
**Hickory, NC 28601**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  1/18/23**

Basis for the claim:  **overpayment**

**Last 4 digits of account number  7680**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $62,191.00 |
|---|---|---|---|

**Cline Williams Wright Johnson &Oldfather**
**233 S 13th St.**
**Lincoln, NE 68508**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  4-26-2023**

Basis for the claim:  **Legal fees**

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,459.73 |
|---|---|---|---|

**Com Data**
**5301 Maryland Way**
**Brentwood, TN 37027**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Fuel Card**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,850.40 |
|---|---|---|---|

**Custom Movers Services**
**3290 Kent Road**
**Stow, OH 44224**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **3rd party services**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Worldwide Moving Systems LLC**                              Case number (if known) _____
_____
Name

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,180.00** |
|---|---|---|---|

**Dave Furtado**
**124 Bayswater St.**
**Boston, MA 02128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __12/26/22__

**Basis for the claim:** __Claim re storage__

Last 4 digits of account number  __4029__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,908.05** |
|---|---|---|---|

**E-470 Public Highway Authority**
**PO Box 5470**
**Denver, CO 80217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2/2023__

**Basis for the claim:** __Tolls__

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,618.90** |
|---|---|---|---|

**Equipment Savers**
**5040 Havana St.**
**Denver, CO 80239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

**Basis for the claim:** __Mechanical services__

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,593.29** |
|---|---|---|---|

**Fleet One**
**1104 Country Hills Dr.**
**Ogden, UT 84403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

**Basis for the claim:** __Fuel Card__

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$28,944.47** |
|---|---|---|---|

**John Patti**
**16050 W. Highway 72**
**Gravette, AR 72736**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __1/3/22__

**Basis for the claim:** __Claim re broken items__

Last 4 digits of account number  __T222__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,603,908.71** |
|---|---|---|---|

**Joshua Portschi**
**c/o The Temple Law Offices, LLC**
**455 Sherman Street Suite 300**
**Denver, CO 80203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __11/21/2019__

**Basis for the claim:** __Judgement in Personal injury lawsuit__

Last 4 digits of account number  __2060__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,758.00** |
|---|---|---|---|

**Kevin O'Hara**
**20203 Cane River Way**
**Tampa, FL 33647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __6/7/22__

**Basis for the claim:** __claim__

Last 4 digits of account number  __3722__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Worldwide Moving Systems LLC**                          Case number *(if known)* _____
         Name

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$905.00** |
|---|---|---|---|

**Lynn Pendlebury**
**37594 S Spoon Dr.**
**Tucson, AZ 85739**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  3/25/22**

**Last 4 digits of account number  1422**

**Basis for the claim:   Claim for damage and missing items**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$263.00** |
|---|---|---|---|

**Margot Iwanchuk**
**12996 W. Montane Dr.**
**Broomfield, CO 80021**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  8-1-22**

**Last 4 digits of account number  6422**

**Basis for the claim:   Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,439.99** |
|---|---|---|---|

**Mark Scully**
**565 Pasture Brook Rd.**
**Severn, MD 21144**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  5/21/22**

**Last 4 digits of account number  3422**

**Basis for the claim:   claim for damaged items**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Michelle Heichelheim**
**4916 Ivy Charm Way**
**Fort Worth, TX 76114**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  11/19/21**

**Last 4 digits of account number  5721**

**Basis for the claim:   claim settlement**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$202,813.08** |
|---|---|---|---|

**North American Van Lines**
**5001 US Highway 30**
**Fort Wayne, IN 46818**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  10-27-22**

**Last 4 digits of account number  _**

**Basis for the claim:   Business Contract**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$550.00** |
|---|---|---|---|

**Peggy Seyfert**
**10035 Des Moines CT**
**Parker, CO 80134**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  9/13/22**

**Last 4 digits of account number  7222**

**Basis for the claim:   claim for broken items**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,695.00** |
|---|---|---|---|

**Petrali Pro Services**
**5376 Tomah Dr. 101**
**Colorado Springs, CO 80918**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  _**

**Last 4 digits of account number  _**

**Basis for the claim:   Mold removal**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Worldwide Moving Systems LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.22** | Nonpriority creditor's name and mailing address

**Pinnacol Assurance**
**750 E. Lowery Blvd.**
**Denver, CO 80230**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$5,515.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address

**Roslyn Saunders**
**12835 E Arapahoe Rd. Suite 700**
**Centennial, CO 80112**

Date(s) debt was incurred  **2/25/22**

Last 4 digits of account number  **1122**

As of the petition filing date, the claim is: *Check all that apply.*                    **$40,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **claim for broken items**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address

**Small Business Administration**
**721 19th St. Suite 426**
**Denver, CO 80202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$284,700.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business loan**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address

**Specialized Moving Services**
**2021 W. Bates Ave.**
**Englewood, CO 80110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$13,811.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **3rd Party services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address

**Transguard**
**PO Box 51138**
**Los Angeles, CA 90074**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$83,335.76**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address

**Victory Packing**
**19673 E 32nd Pkwy**
**Aurora, CO 80011**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$5,090.15**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Materials**

Is the claim subject to offset? ■ No  ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Cline Williams Wright Johnson &Oldfather**<br>**215 Mathews Street Suite 300**<br>**Fort Collins, CO 80524** | Line  **3.5**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Worldwide Moving Systems LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.2 | **E-470 Public Highway Authority**<br>**22470 E Stephen D Hoan Pkwy**<br>**Aurora, CO 80018** | Line  **3.9**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Joshua Portschi**<br>**1730 North Corona St.**<br>**Colorado Springs, CO 80907** | Line  **3.13**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Small Business Administration**<br>**PO Box 740192**<br>**Atlanta, GA 30374-0192** | Line  **3.24**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 5,563.59 |
| **5b. Total claims from Part 2** | 5b.  + | $ | 2,720,621.72 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 2,726,185.31 |

**Fill in this information to identify the case:**

Debtor name **Worldwide Moving Systems LLC**

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name **Worldwide Moving Systems LLC**

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Gary Buchholtz** | **501 S. Francis Longmont, CO 80501** | **Com Data** | ☐ D _____<br>☑ E/F **3.6**<br>☐ G _____ |
| 2.2 | **Gary Buchholtz** | **501 S. Francis Longmont, CO 80501** | **Fleet One** | ☐ D _____<br>☑ E/F **3.11**<br>☐ G _____ |
| 2.3 | **Gary Buchholtz** | **501 S. Francis Longmont, CO 80501** | **Small Business Administration** | ☐ D _____<br>☑ E/F **3.24**<br>☐ G _____ |
| 2.4 | **Gary Buchholtz** | **501 S. Francis Longmont, CO 80501** | **1st Bank** | ☐ D _____<br>☑ E/F **3.1**<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name   **Worldwide Moving Systems LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy           04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:   Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:** From **1/01/2023** to **Filing Date** | ■ Operating a business ☐ Other _____ | **Unknown** |
   | **For prior year:** From **1/01/2022** to **12/31/2022** | ■ Operating a business ☐ Other _____ | **$293,371.57** |
   | **For year before that:** From **1/01/2021** to **12/31/2021** | ■ Operating a business ☐ Other _____ | **$308,176.92** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|

**Part 2:   List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Debtor   **Worldwide Moving Systems LLC**                    Case number *(if known)*

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Buchholtz TLC Commercial LLC**<br>**501 S. Francis St.**<br>**Longmont, CO 80501**<br>non | **9/14/22 -**<br>**9/15/23** | **$124,400.00** | **Rent (NNN)** |
| 4.2. **Bittersweet Liquor Investments LLC**<br>**3504 W/ 10th Street**<br>**Greeley, CO 80634**<br>none | **9/14/22 -**<br>**9/15/23** | **$92,500.00** | **Distribution** |
| 4.3. **Buchholtz TLC Comercial LLC**<br>**501 S. Francis St.**<br>**Longmont, CO 80501**<br>none | **9/14/22 -**<br>**9/15/23** | **$28,700.00** | **Distribution** |
| 4.4. **Gary Buchholtz**<br>**501 S. Francis St.**<br>**Longmont, CO 80501**<br>manager | **9/14/22 -**<br>**9/15/23** | **$6,000.00** | **Distributions** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **JOSHUA PORTSCHI**<br>**2021CV032060** | **law suit** | **El Paso County District Court**<br>**270 S. Tejon Street**<br>**Colorado Springs, CO 80903** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

Debtor   **Worldwide Moving Systems LLC**                     Case number *(if known)* _____

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.2. **Paul Brownstein Vs Worldwide Moving Systems, LLC** | | **Superior Court Of Chatham County, State of Georgia** | ■ Pending ☐ On appeal ☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Bell, Gould Linder & Scott PC 318 E. Oak Street Fort Collins, CO 80524** | **$4,000.00 plus filing fee of $338** | **9-14-2023** | **$4,338.00** |
| Email or website address | | | |
| Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

Debtor    **Worldwide Moving Systems LLC**        Case number *(if known)*

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Seevers Transfer & Storage LLC**<br>**501 South Francis Street**<br>**Unite B**<br>**Longmont, CO 80501** | **inventory, equipment, vehicles & rolling stock, fixtures, furniture, licenses, continuing contracts, permits, business records, business goodwill, business & trade secrets, business forms, and business and trade names, and all other tangible and intangible property.** | **2/10/2023** | **$1,150,000.00** |
| | Relationship to debtor<br>**none** | | | |
| 13.2. | **Unknown** | **1987 International Harvester; Sold for scrap** | **3/2014** | **$800.00** |
| | Relationship to debtor<br>**None** | | | |
| 13.3. | **Marques Towing**<br>**1510 Monarch Dr**<br>**Longmont, CO 80504** | **1982 Tempte Trailer, sold for scrap 8/2022**<br>**2000 Pullman Trailer, sold for scrap 9/2021**<br>**2000 Wabash Trailer, sold for scrap 9/2021**<br>**2008 Wabach Trailer, sold for scrap 3/2019** | **2019-2022** | **$2,600.00** |
| | Relationship to debtor<br>**none** | | | |
| 13.4. | **Van Liner Insurance**<br>**c/o Beeline Auto & Truck Salvage**<br>**4754 S. Madison**<br>**Wichita, KS 67216** | **2012 Volvo Tractor** | **11-2018** | **$36,887.00** |
| | Relationship to debtor<br>**None** | | | |
| 13.5. | **Rush Truck Center**<br>**Atlanta, GA** | **2011 International Tractor, Signed over title for $3500 Repair Bill** | **8-1-2017** | **$3,500.00** |
| | Relationship to debtor<br>**none** | | | |

Debtor   **Worldwide Moving Systems LLC**                                    Case number *(if known)* _____

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.6<br>. | **Northside Towing<br>10 S Main Street Unit G<br>Longmont, CO 80501** | **2012 Freightliner Tractor, Signed over<br>title for $2500 Tow Bill** | **2/2018** | **$2,500.00** |
| | Relationship to debtor<br>**none** | | | |

---

**Part 7:**   Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

**Part 8:**   Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If  debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

**Part 9:**   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

   **email, physical address, phone, credit card, name**

   Does the debtor have a privacy policy about that information?
   ☐ No
   ☐ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or
    profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:**   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

---

Debtor   **Worldwide Moving Systems LLC**                                  Case number *(if known)*

---

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **First Bank of Northern Colorado**<br>**1352 W. Eisenhower Blvd**<br>**Loveland, CO 80537** | XXXX-5823 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 2/15/2023 | $0.00 |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.   Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

---

Debtor   **Worldwide Moving Systems LLC**                    Case number *(if known)*

---

■ No.
□ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
□ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
□ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
□ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Sara Cliburn, Bookkeeper 501 S. Francis Longmont, CO 80501** | **2020 to present** |
| 26a.2.   **Patrick Grady CPA 11633 Shoshone Way Westminster, CO 80234** | **2020 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

□ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **PG Accounting LLC Patrick Grady CPA 11633 Shoshone Way Westminster, CO 80234** | **2020 to present** |

Debtor   **Worldwide Moving Systems LLC**                    Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26b.2.  **Sara Cliburn, Bookkeeper**<br>**501 S. Francis**<br>**Longmont, CO 80501** | **2020 to present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  **ANB Bank**<br>**808 W. Eisenhower**<br>**Loveland, CO 80537** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Scot Seevers** | **02/10/2023** | **$43,000 - Cost Basis (in asset sale)** |
| | Name and address of the person who has possession of inventory records | | |
| | **N/A** | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Gary M. Buchholtz** | **501 S Francis Street**<br>**Longmont, CO 80501** | **Managing member** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☐ Yes. Identify below.

Debtor **Worldwide Moving Systems LLC**                        Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Gary M. Buchholtz**<br>**501 S. Francis Street**<br>**Longmont, CO 80501** | **$127,200** | **various dates** | **Distribution in lieu of salary** |
| | Relationship to debtor<br>**Managing Member** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

## Part 14:   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 15, 2023**

**/s/ Gary M. Buchholtz**                                    **Gary M. Buchholtz**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## District of Colorado

In re   **Worldwide Moving Systems LLC**

Debtor(s)

Case No. _____

Chapter   **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **September 15, 2023**

**/s/ Gary M. Buchholtz**

**Gary M. Buchholtz/Managing Member**
Signer/Title